USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/28/2026

EPSTEIN
BECKER
GREEN

Attorneys at Law

**MEMO ENDORSED**

John Houston Pope
t 212.351.4641
f 212.878.8600
JHPope@ebglaw.com

September 24, 2026

Hon. Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *Carol Lynn Byrne v. Sotheby's, Inc., et al.***
**Case No. 26-cv-05950 (VEC)**
**Request for Adjournment of Initial Pretrial Conference**

Dear Judge Caproni:

On behalf of Defendants, we write to respectfully request that that the Initial Pretrial Conference in this matter, currently set for October 2, 2026, be adjourned and reset on October 30, 2026, or alternatively, October 23, 2026. In support of this request and in accordance with Rule 2(C) of the Court's Individual Practices, Defendants state the following:

The Initial Pretrial Conference in this matter is currently set for October 2, 2026 at 10:00 a.m. in Courtroom 20C. (Doc. No. 10). Counsel for Defendants have prior conflicting obligations that prevent either[1] from appearing in Court on October 2, 2026. Additionally, counsel for Defendants are currently discussing case management and a joint proposed Case Management Plan with Plaintiff's counsel and believe additional time to continue those discussions will assist the parties and the Court at the Initial Pretrial Conference. Undersigned counsel will be in New York on October 23, 2026 and October 30, 2026. To coordinate with the undersigned's other matters, October 30, 2026 would be preferred, but if that date is unavailable for the Court, October 23, 2026 is a workable alternative. Counsel for Defendants have confirmed that Plaintiff consents to an adjournment to these dates and that Plaintiff's counsel is available on both dates. Counsel for Defendants have also conferred by email with the Courtroom Deputy and understand that these dates are available on the Court's docket.

[1] John E. B. Gerth, copied on this Letter Request, will be applying for admission *pro hac vice* on behalf of Defendants in this matter.

Defendants previously requested, and the Court granted, an adjournment of the deadline to answer or otherwise respond to the Complaint to September 28, 2026. (Doc. Nos. 13, 14). This is the first request for an adjournment of the Initial Pretrial Conference.

Accordingly, we respectfully request that the Initial Pretrial Conference be adjourned and reset on October 30, 2026, or alternatively, October 23, 2026.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ John Houston Pope

John Houston Pope

JHP/jeg

cc: Counsel of Record (*via* ECF)
John E. B. Gerth, Esq.

Application GRANTED. The Initial Pretrial Conference scheduled for Friday, October 2, 2026, is hereby ADJOURNED to **Friday, October 30, 2026, at 10:00 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties' Joint Letter, *see* Dkt. 10 ¶ 2, is due not later than **Thursday, October 22, 2026**.

SO ORDERED.

Valerie Caproni

9/28/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE